**Order filed, February 7, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-17-00959-CR

## SANDRA LOPEZ FLORES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Case 1439487**

---

## ORDER

The reporter's record in this case was due February 5, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM